# UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT

---

No. 98-51152
Summary Calendar

---

ROLAND AYLESWORTH,

Plaintiff-Appellant,

versus

BEXAR COUNTY; RALPH LOPEZ, Sheriff,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-CV-1266

---

August 3, 1999

Before EMILIO M. GARZA, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

Roland Aylesworth appeals the grant of summary judgment to Bexar County and Sheriff Lopez in this § 1983 case. Aylesworth did not produce evidence showing Lopez's personal involvement in the decision to terminate Aylesworth, and hence the district court did not err in granting summary judgment to Lopez. *See Thompson v. Steele,* 709 F.2d 381, 382 (5th Cir. 1983). Further, the decision of the Bexar County Civil Service Commission was supported by substantial evidence, and thus the district court did not err in granting summary judgment to the County. *See Texas Employment Comm'n v. Holberg,* 440 S.W.2d 38, 42 (Tex. 1969).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.